BEFORE THE THIRD DIVISION, MARCH 3, 1965

No. 69115.—The Tupman Thurlow Co., Inc., and Nomura Trading Company, Inc. *v.* United States, protests 64/11706 and 64/11497 (New York).

Opinion by RICHARDSON, J.   It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351), and that the merchandise, reported by the inspector as manifested, not found, was not in fact received by the importers.   In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found.   The protests were sustained to this extent.

BEFORE THE FIRST DIVISION, MARCH 4, 1965

No. 69116.—Zenith Industries, Inc. *v.* United States, protests 64/11504, 64/17129, and 64/18409 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of vinyl ornaments similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.